# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DISPENSING TECHNOLOGIES B.V., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-00407 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Beth W. Jantz** |

## SEALED TEMPORARY RESTRAINING ORDER

Plaintiff Dispensing Technologies B.V. ("Plaintiff" or "Dispensing Technologies") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motions and the accompanying record, this Court GRANTS Plaintiff's Motions in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or funds from U.S. bank accounts, and have sold the same product, namely the spraying device shown in Exhibit 1 to the Complaint [3], that infringes Plaintiff's U.S. Patent No. D830,194 (the "Infringing Product") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase infringing products. *See* Docket No. [16], Exhibit 2 to the Declaration of Femke Vos, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its infringing goods to customers in Illinois.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D830,194 |  | October 9, 2018 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Femke Vos [15], paragraphs 18-23, and the Declaration of Justin R. Gaudio [14], paragraphs 5-11, in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. offering for sale, selling, and importing the Infringing Products;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in offering for sale, selling, and importing the Infringing Products; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Inc. ("eBay"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), DHgate.com ("DHgate"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

4. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online

4

Marketplaces, including, without limitation, any online marketplace platforms such as eBay, AliExpress, Alibaba, Amazon.com, Inc. ("Amazon"), Wish.com, Walmart, Etsy, Temu, and DHgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, eBay, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, Walmart, Etsy, Temu, DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of the Infringing Products.

6. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Femke Vos, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Femke Vos and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnershipsand all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably

calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. Plaintiff's Schedule A to the Complaint [2], Exhibit 1 to the Complaint [3], Exhibit 2 to the Declaration of Femke Vos [16], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court ten thousand dollars ($10,000), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 3:30 P.M. on this 23rd day of January 2024 and shall remain in effect for fourteen (14) calendar days.

Sara L. Ellis
United States District Judge

7

**Dispensing Technologies B.V. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-00407**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | dgjiaxin.en.alibaba.com | Dongguan Jiaxin Industrial Limited |
| 2 | yingyaodg.en.alibaba.com | Dongguan Yingyao Packaging Products Co., Ltd. |
| 3 | xingyuan-packaging.en.alibaba.com | Guangzhou Xingyuan Plastic Manufacturing Co., Ltd. |
| 4 | hairbeautytool.en.alibaba.com | Guangzhou Youyuemei Beauty & Hairdressing Product Co., Ltd. |
| 5 | hengyipack.en.alibaba.com | Hangzhou Hengyi Pack Co., Ltd. |
| 6 | hzrs.en.alibaba.com | Hangzhou R.S Group Co., Ltd. |
| 7 | cnchj.en.alibaba.com | Hebei Chengjin Packing Products Sale Co., Ltd. |
| 8 | meibopackaging.en.alibaba.com | Hebei Meibo Packaging Products Co., Ltd. |
| 9 | hnlikeyou.en.alibaba.com | Henan Likeyou E-Commerce Co., Ltd. |
| 10 | goodcreativity.en.alibaba.com | Hunan Good Creative Import And Export Trade Co., Ltd. |
| 11 | lwproducts.en.alibaba.com | Jiangsu Liwei Products Co., Ltd. |
| 12 | cntzbeiwei.en.alibaba.com | Jiangsu Push World Co., Ltd |
| 13 | jadewell.en.alibaba.com | Jiangyin Jadewell Plastic Co., Ltd. |
| 14 | cndazen.en.alibaba.com | Ningbo Dazen Technology Co., Ltd. |
| 15 | showyway.en.alibaba.com | Ningbo Showyway Plastics Co., Ltd. |
| 16 | nbsteng.en.alibaba.com | Ningbo Steng Commodity Co., Ltd. |
| 17 | nbtopfuture.en.alibaba.com | Ningbo Top Future International Trading Co., Ltd. |
| 18 | nblucky123.en.alibaba.com | Ningbo Xingyang Trading Co., Ltd. |
| 19 | elhousewares.en.alibaba.com | Qingdao Easylife Housewares Co., Ltd. |
| 20 | amazingpack.en.alibaba.com | Shaoxing Amazing Pack Co., Ltd. |
| 21 | qdsinoglass.en.alibaba.com | Sinoglass Housewares Co., Ltd. |
| 22 | cnglassbottlejar.en.alibaba.com | Xuzhou Furun Packing Products Manufacturing Co., Ltd. |
| 23 | honghuaglass.en.alibaba.com | Xuzhou Honghua Glass Technology Co., Ltd. |
| 24 | cn1519549080mdmv.en.alibaba.com | Yiwu Caijun Trading Co., Ltd. |
| 25 | yisiglass.en.alibaba.com | Yiwu Yisi Glass Products Co., Ltd. |
| 26 | nb-start.en.alibaba.com | Yuyao Greenyard Tools Co., Ltd. |

| | | |
|---|---|---|
| 27 | yyhy.en.alibaba.com | Yuyao Hongye Commodity Co., Ltd. |
| 28 | luckycommodity.en.alibaba.com | Yuyao Lucky Commodity Co., Ltd |
| 29 | yysenye.en.alibaba.com | Yuyao Senye Packaging Co., Ltd. |
| 30 | doctorhome.en.alibaba.com | Yuyao Youfond Houseware Co., Ltd. |
| 31 | sanle.en.alibaba.com | Zhejiang Sanle Plastic Co., Ltd. |
| 32 | amazon.com/sp?seller=A2D2T5FLQSKW0J | A2D2T5FLQSKW0J |
| 33 | amazon.com/sp?seller=A1PTUUWEWEAB7Y | cjjc |
| 34 | amazon.com/sp?seller=A31EL1PHZMARC | Dalireve |
| 35 | amazon.com/sp?seller=A1IMKO0LLJHTFP | Df.Unicorn |
| 36 | amazon.com/sp?seller=A29IWPMDVYEREA | ECOJIA |
| 37 | amazon.com/sp?seller=A1FRJ0RQ22VHYU | Fika Lagom |
| 38 | amazon.com/sp?seller=A2LNBOJHB2ASDY | FIRUZA-US |
| 39 | amazon.com/sp?seller=AVB0T0AO93SCF | GZLY-Official |
| 40 | amazon.com/sp?seller=A1J3F3CJ56S6VW | HCKJ-US |
| 41 | amazon.com/sp?seller=AHSED7A387690 | HuiLin Direct |
| 42 | amazon.com/sp?seller=A21SVG4P9S4L12 | IronPro home appliances |
| 43 | amazon.com/sp?seller=A2ZR494U5XGSYK | JQYJLX |
| 44 | amazon.com/sp?seller=A26YPCSCAISI5P | Kmiufy US |
| 45 | amazon.com/sp?seller=A38X5AHGWXYMCT | Kovee |
| 46 | amazon.com/sp?seller=A2ZTY0YA0A8Y20 | laiyunn |
| 47 | amazon.com/sp?seller=AWJVYOEHDGNH5 | lessmon |
| 48 | amazon.com/sp?seller=AYO5KXXTY5128 | Light Luxury Life Department Store |
| 49 | amazon.com/sp?seller=A1REGLUQQPLUH4 | Meipo |
| 50 | amazon.com/sp?seller=A2A9SXRZKF9PU9 | Mingkee |
| 51 | amazon.com/sp?seller=A3DAEQDCYXH56U | Mistany |
| 52 | amazon.com/sp?seller=A34MONURFFFE5G | Shudyear |
| 53 | amazon.com/sp?seller=AUCJ0WUUIH135 | SiHai Store |
| 54 | amazon.com/sp?seller=ARNAYOIMJ95BZ | Spring Technology |
| 55 | amazon.com/sp?seller=A247G9EM6BBFHZ | SSSBOTTLE |
| 56 | amazon.com/sp?seller=A3MOVD4IGNH79D | SUPERIUM |
| 57 | amazon.com/sp?seller=A2SS6NFUY6V84L | Swanliss |
| 58 | amazon.com/sp?seller=A1G8ARQPUI6YKF | TOOLINKIN |
| 59 | amazon.com/sp?seller=A1AH0U4HKT6SUW | USA TEQUILA ONLINE |
| 60 | amazon.com/sp?seller=A2VZN2QMZYW161 | VanSerd |
| 61 | amazon.com/sp?seller=A11UKNONWC8L6 | wanghuan01 |
| 62 | amazon.com/sp?seller=A3D7DP6ZG0A5SW | wondermall |
| 63 | amazon.com/sp?seller=A3IKS6MGRVNT5K | XXCC |